# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

BY ECF
Honorable Analisa Torres
United States District Court         March 30, 2020
Southern District of New York
500 Pearl St.
New York, NY 10007

                        Re:    *United States v. Jayvon Keitt*
                                20 Cr. 66 (AT)

Dear Judge Torres:

      After reviewing my client's *pro se* submission alleging ineffective assistance of counsel, I can no longer continue as Mr. Keitt's attorney. I respectfully request that the Court appoint new counsel for Mr. Keitt who can help him navigate the way forward in his case, and to make any applications for relief that may be appropriate. I will cooperate fully with incoming counsel.

      I also ask that Mr. Keitt's uncounseled letter to the Court be filed under seal and that it <u>not</u> be made available to the government. The government has no interest in reviewing the letter and consents to this request.

      Thank you for your kind consideration of this request.

                                        Respectfully submitted,

                                        Sarah Kunstler
                                        Attorney for Jayvon Keitt

CC: AUSA Adam Hobson, BY ECF