UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAYVON KEITT,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/30/2020_____

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of (1) Defendant's *pro se* submission requesting to withdraw his plea and that he be assigned new counsel, and (2) defense counsel's request that the Court appoint new counsel for Defendant. *See* ECF No. 18.

      Because of the COVID-19 public health crisis, the Court adopted emergency rules for conducting conferences and proceedings in criminal cases. *See* Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      Accordingly, defense counsel is directed to confer with the Government, and submit a letter to the docket stating the positions of both defense counsel and the Government on "whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any other relevant law, conduct the matter by **telephone** . . . and, if applicable, whether the Defendant consents to appearance in that manner or to waiving his or her appearance altogether." Rule 2(B) of the Court's Emergency Individual Rules (emphasis added).

      SO ORDERED.

Dated: March 30, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge