USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/8/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

JAYVON KEITT,

                Defendant.

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having been notified of the parties' consent to an appearance by telephone; the parties' position that, pursuant to the U.S. Constitution and the Federal Rules of Criminal Procedure, Defendant's presence is not required at a substitution of counsel conference; and that Defendant waives his appearance, ECF No. 20, it is hereby ORDERED that a substitution of counsel hearing shall be held telephonically on **April 13, 2020**, at **11:20 a.m.** The Government need not appear.

    The call-in information is as follows: 888-398-2342 or 215-861-0674, access code: 5598827.

    SO ORDERED.

Dated: April 8, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge