UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JAYVON KEITT,

                         Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/20/2020_____
```

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      It is hereby ORDERED that the sentencing scheduled for May 21, 2020 is ADJOURNED to **June 29, 2020**, at **12:00 p.m.**

      SO ORDERED.

Dated: April 20, 2020
      New York, New York

                            _____
                              ANALISA TORRES
                       United States District Judge