UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAYVON KEITT,

Defendant.

| USDC SDNY |
| :--- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  _5/26/2020_____ |

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that Defendant and his counsel, John Meringolo, shall appear for a telephonic substitution of counsel hearing on **June 2, 2020**, at **10:30 a.m.**  The Government need not attend.

The call-in information is as follows: 888-398-2342 or 215-861-0674, access code: 5598827.

SO ORDERED.

Dated: May 26, 2020
          New York, New York

_____
ANALISA TORRES
United States District Judge