```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/29/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAYVON KEITT,

                    Defendant.

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant and Defendant's counsel are scheduled to appear telephonically for a substitution of counsel hearing on June 2, 2020, at 10:30 a.m.  ECF No. 28.

    Because of the COVID-19 public health crisis, the Court adopted emergency rules for conducting conferences and proceedings in criminal cases.  *See* Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19.

    Accordingly, defense counsel is directed to confer with the Government, and submit a letter to the docket stating the positions of both defense counsel and the Government on "whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any other relevant law, conduct the matter by **telephone** . . . and, if applicable, whether the Defendant consents to appearance in that manner."  Rule 2(B) of the Court's Emergency Individual Rules (emphasis added).

    SO ORDERED.

Dated: May 29, 2020
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge