UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

JAYVON KEITT,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2020

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed Defendant's letter dated June 16, 2020, ECF No. 31, it is ORDERED that the sentencing scheduled for June 29, 2020 is ADJOURNED to **August 6, 2020**, at **10:30 a.m.** Defendant's sentencing submission is due on **July 24, 2020**; the Government's sentencing submission is due on **July 31, 2020**.

    Because of the COVID-19 public health crisis, the Court has adopted emergency rules for conducting conferences and proceedings in criminal cases. *See* Rule 2(B) of the Court's Emergency Individual Rules and Practices in Light of COVID-19.

    Accordingly, Defendant is directed to confer with the Government, and submit a letter to the docket, in advance of sentencing and no later than **July 24, 2020**, stating the positions of both Defendant and the Government on "whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any other relevant law, conduct the matter by **telephone or video** and, . . . whether the Defendant consents to appearance in that manner," or whether the matter should be adjourned until a time when it can be completed in person. Rule 2(B) of the Court's Emergency Individual Rules (emphasis added).

    The Clerk of Court is directed to terminate the motion at ECF No. 31.

    SO ORDERED.

Dated: June 17, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge