```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/14/2020____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JAYVON KEITT,

                    Defendant.

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The C.J.A. attorney Christopher Paul Madiou shall assume representation of Defendant, Jayvon Keitt, in the above-captioned matter for the purpose of filing a motion for compassionate release.

    SO ORDERED.

Dated: October 14, 2020
       New York, New York

                                  ANALISA TORRES
                             United States District Judge