```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/3/2020____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JAYVON KEITT,

                    Defendant.

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        In light of the motion for sentence modification pursuant to 18 U.S.C. § 3582(c), ECF No. 47, the Court requests copies of Defendant Jayvon Keitt's medical records. Accordingly, by **December 10, 2020**, defense counsel shall provide any medical records in his possession relating to Defendant's physical and mental health, and the Government shall provide Defendant's Bureau of Prisons medical records. These records are to be e-mailed to chambers, and filed under seal.

        SO ORDERED.

Dated: December 3, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge