UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAYVON KEITT,

Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __12/7/2020__ |

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Government shall respond to Defendant's motion for sentence modification pursuant to 18 U.S.C. § 3582(c), ECF No. 47, by **December 14, 2020**.

SO ORDERED.

Dated: December 7, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge