UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

JAYVON KEITT,

       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/30/2020____

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The C.J.A. attorney Matthew Galluzzo shall assume representation of Defendant, Jayvon Keitt, in the above-captioned matter for the purpose of appealing the denial of his compassionate release motion at ECF No. 51.

  SO ORDERED.

Dated: December 30, 2020
    New York, New York

_____
ANALISA TORRES
United States District Judge