UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

JAYVON KEITT,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _10/26/2022_____

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The C.J.A. attorney Matthew Galluzzo shall assume representation of Defendant, Jayvon Keitt, in the above-captioned matter for the purpose of assisting Defendant with his compassionate release motion at ECF No. 59.  By **November 9, 2022**, Defendant shall advise the Court whether ECF No. 59, which was filed as a *pro se* motion, remains the operative motion.

      SO ORDERED.

Dated: October 26, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge