UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

JAYVON KEITT,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/30/2022____

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 21, 2022, Defendant, Jayvon Keitt, filed a *pro se* compassionate release motion (the "Motion"). ECF No. 59. On October 26, 2022, the Court appointed C.J.A. counsel to assist Defendant with the Motion and ordered C.J.A. counsel to advise the Court whether ECF No. 59 remained the operative motion. ECF No. 60. By letter on November 17, 2022, C.J.A. counsel informed the Court that the Motion should have been brought as a habeas petition, not a motion for compassionate release. ECF No. 63. On November 22, 2022, the Court ordered the Clerk of Court to open a new civil action under 28 U.S.C. § 2241 and file the Motion as the *pro se* habeas petition. ECF No. 64. That same date, the Clerk of Court did so, and, on November 29, 2022, the new case, *Keitt v. United States*, No. 22 Civ. 9954, was assigned to Judge Vernon S. Broderick. *Keitt v. United States*, No. 22 Civ. 9954, Dkt. Entry 11/29/2022.

    In light of the above, the Motion is now moot. Accordingly, the Motion is DENIED.

    In addition, the Court's October 26, 2022 order appointing current C.J.A. counsel is also moot. ECF No. 60. Accordingly, current C.J.A. counsel no longer needs to "assume representation of Defendant . . . for the purpose of assisting Defendant with [the Motion] at ECF No. 59." ECF No. 60.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 59 and 63, and to mail a copy of this order to Defendant.

    SO ORDERED.

Dated: November 30, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge