```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/4/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JAYVON KEITT,

                    Defendant.

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a status conference in this matter regarding Defendant's alleged violation of supervised release on **November 12, 2024**, at **2:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The conference set for **November 24, 2024**, is canceled.

    SO ORDERED.

Dated: November 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge