UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JAYVON KEITT,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/6/2024____

20 Cr. 66 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for 1:00 p.m. on **December 9, 2024**, is ADJOURNED to **4:00 p.m.** on the same date.

    SO ORDERED.

Dated: December 6, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge